# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| KERI WILLS NEERING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AT&T UMBRELLA BENEFIT PLAN )<br>NO.3, )<br>)<br>Defendant. | Case No. 4:21-00057-CV-RK |

## ORDER

On January 18, 2022, the Court entered an Order staying all proceedings as to Plaintiff's claims against Defendant and directed the parties to file, within 60 days, a notice of dismissal or stipulation of dismissal signed by all parties who had appeared. (Doc. 36.) More than 60 days have passed since the entry of the Order, and to date, the parties have not filed either a notice of dismissal or a signed stipulation of dismissal.

Accordingly, it is **ORDERED** that the parties file a notice of dismissal, a signed stipulation of dismissal, or a status report on or before March 24, 2022.

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: March 21, 2022